Argued and submitted July 31, reversed and remanded in part; otherwise affirmed August 22, 2001

STATE OF OREGON,
*Respondent,*

*v.*

ANN RENEE YOAKAM,
*Appellant.*

93CR-1858; A83385

30 P3d 1213

Sally L. Avera, Public Defender, and Jesse Wm. Barton, Deputy Public Defender, filed the opening brief for appellant. David E. Groom, Public Defender, and Jesse Wm. Barton, Chief Deputy Public Defender, filed the supplemental brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Janet A. Klapstein, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Deits, Chief Judge, and Wollheim, Judge.

PER CURIAM

**PER CURIAM**

This appeal was held in abeyance pending the Supreme Court's dispositions in *State v. Cleveland*, 331 Or 531, 16 P3d 514 (2000), and *State v. Fleetwood*, 331 Or 511, 16 P3d 503 (2000). The sole issue remaining is whether the erroneous admission of body wire tapes was harmless error as to some or all of the counts on which defendant was convicted. We conclude that that error was harmless as to counts 13, 15, 16, and 17, but that it was not harmless as to counts 2, 3, 4, 6, 8, 10, and 11.

Convictions on counts 2, 3, 4, 6, 8, 10, and 11 reversed and remanded; otherwise affirmed.